02-10-352-CV















 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00352-CV 

 

 


 
 
 Sergio Sandoval
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 S & L Painting, Inc. and Safe
 Staff, Inc.
 
 
  
 
 
 APPELLEES 
 
 


 

 

------------

 

FROM THE
342nd District Court OF Tarrant
COUNTY

------------

MEMORANDUM
OPINION[1]

----------

          Appellant Sergio Sandoval attempts to
appeal the trial court’s June 17, 2010 “Order Granting Defendant’s Motion for
Summary Judgment.”  Appellant filed a
timely motion for new trial, but he did not file his notice of appeal until
October 6, 2010, and the notice of appeal is therefore untimely.  See
Tex. R. Civ. P. 329b(a); Tex. R. App. P. 26.1(a)(1) (stating that when an
appellant files a motion for new trial, the notice of appeal is due ninety days
after the judgment is signed).

          We sent appellant a letter expressing
our concern that we lack jurisdiction because the notice of appeal is
untimely.  The letter stated that unless
appellant filed a response showing grounds for continuing the appeal, it could
be dismissed for want of jurisdiction. 
We have not received any such response. 
Because appellant’s notice of appeal is untimely, we dismiss the appeal
for want of jurisdiction.  See Tex. R. App. P. 25.1(b), 26.1(a)(1),
42.3(a), 43.2(f); Crites v. Collins,
284 S.W.3d 839, 840 (Tex. 2009) (indicating that the
timely filing of a notice of appeal is jurisdictional); Wilkins v. Methodist Health Care Sys., 160 S.W.3d
559, 564 (Tex. 2005) (same).

 

 

TERRIE LIVINGSTON

CHIEF JUSTICE

 

PANEL:  LIVINGSTON, C.J.; GARDNER and WALKER, JJ.

 

DELIVERED:  December 2, 2010











[1]See Tex. R. App. P. 47.4.